**No. 10-6312. Philip Lightfoot, Petitioner v. Sherry Burt, Warden.**

562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8704.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6313. Chung Kao, Petitioner v. Superior Court of California, San Bernardino County, et al.**

562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8700.

November 8, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-6317. Gregory Marshall, Petitioner v. Robert Friend, et al.**

562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8776, ▉

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-6359. Orville Wynter, Petitioner v. New York.**

562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8723, ▉

November 8, 2010. Petition for writ of certiorari to the Supreme Court of New York, Nassau County, denied.

**No. 10-6382. Corey Turner, Petitioner v. James Dzurenda, Warden.**

562 U.S. 1032, 131 S. Ct. 574, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8668.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 381 Fed. Appx. 41.

**No. 10-6439. David J. Washington, Petitioner v. Larry W. Propes.**

562 U.S. 1032, 131 S. Ct. 574, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8800, ▉

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 293.

**No. 10-6451. Lucrecious Towers, Petitioner v. Illinois.**

562 U.S. 1032, 131 S. Ct. 574, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8664.

November 8, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 397 Ill. App. 3d 1109, 370 Ill. Dec. 466, 988 N.E.2d 242.